**Electronically Filed
Supreme Court
SCWC-15-0000445
28-OCT-2016
12:53 PM**

SCWC-15-0000445

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ASSOCIATION OF APARTMENT OWNERS OF ROYAL ALOHA, a Hawaiʻi non-profit corporation, Respondent/Plaintiff-Appellant,

vs.

CERTIFIED MANAGEMENT, INC., a Hawaiʻi corporation; CHANEY BROOKS & COMPANY, LLC, a Hawaiʻi corporation; MICHAEL DAVID BRUSER, an individual; TOKYO JOE'S, INC., a Hawaiʻi corporation; MICHAEL T. MCCORMACK, individually and as Trustee under that certain unrecorded Michael T. McCormack Revocable Living Trust Agreement dated November 12, 1991; and MICHAEL T. MCCORMACK and SIGNA S. MCCORMACK, as Co-Trustees of The McCormack Ranch Trust dated January 6, 2005, Petitioners/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000445; CIV. NO. 12-1-1019-04)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellees' application for writ of certiorari filed on September 16, 2016, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to

Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, October 28, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson